UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MICHAEL GIOIOSA, SR., | Case No. 3:22-cv-00020-RCJ-CLB |
| Plaintiff, | ORDER |
| v. | |
| UNKNOWN, | |
| Defendant. | |

**I.   DISCUSSION**

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), has submitted an untitled document to this Court with no case number, no application to proceed *in forma pauperis*, and no filing fee.  (ECF No. 1-1). Moreover, Plaintiff's untitled document appears to contain Plaintiff's full social security number.  (*See id.*)  Because it is unclear to the Court whether this document is meant to be filed in an existing case, meant to initiate a new case, and does not redact Plaintiff's social security number, the Court is dismissing this action without prejudice.

If Plaintiff seeks to initiate a new lawsuit, he must file a complaint and either pay the full $402 filing fee for a civil action or file an application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 3; 28 U.S.C. §§ 1914-1915.

Moreover, if Plaintiff must include his social security number in his filings, he may only include "the last four digits of the social-security number."  Fed. R. Civ. P. 5.2(a)(1); *see* Nev. Loc. R. IC 6-1.  "The court may strike documents that do not comply with these rules."  Nev. Loc. R. IC 7-1.

**II.   CONCLUSION**

It is therefore ordered that the Clerk of the Court will redact Plaintiff's social security number in the untitled document (ECF No. 1-1) and then docket the untitled document.

It is further ordered that this action is dismissed without prejudice. The Clerk of the Court will close this case.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a redacted copy of his untitled document (ECF No. 1-1), and the *in forma pauperis* application packet and instructions for an inmate.

DATED THIS 14th day of January 2022.

_____
UNITED STATES DISTRICT JUDGE